NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 17-1177 consolidated with CA 17-1176

WANDA THERIOT, ET AL.

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, ET AL.                     .

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 125744 C/W 125743
HONORABLE VINCENT JOSEPH BORNE, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of Sylvia R. Cooks, Billy Howard Ezell, and John E. Conery,
Judges.

**AFFIRMED.**

**Terry L. Rowe**
**Attorney at Law**
**P. O. Box 3323**
**Lafayette, LA 70502**
**(337) 232-4744**
**COUNSEL FOR DEFENDANT/APPELLEE:**
     **State Farm Mutual Automobile Ins. Co.**

**Andrew B. Mims**
**David C. Laborde**
**Derrick G. Earles**
**Jeff D. Easley**
**Laborde Earles Law Firm, LLC**
**P. O. Box 80098**
**Lafayette, LA 70598-0098**
**(337) 261-2617**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
     **Wanda Theriot**

**EZELL, Judge.**

For the reasons set forth in the companion consolidated case hereto, *Annique Johnson v. State Farm Mutual Automobile Insurance Company,* (La.App. 3 Cir. __/__/18), ___ So.3d ___, we hereby affirm the decision of the trial court. Costs of this appeal are hereby assessed against the Plaintiffs.

**AFFIRMED**.

This opinion is NOT DESIGNATED FOR PUBLICATION. Uniform Rules—Courts of Appeal. Rule 2-16.3.